**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 00-7674**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHN WESLEY FAIRCLOTH,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Malcolm J. Howard, District Judge.  (CR-95-72)

───────────────

Submitted:  June 21, 2001          Decided:  June 27, 2001

───────────────

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

John Wesley Faircloth, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Wesley Faircloth appeals the district court's order denying his motion for a new trial. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm the district court's order. See United States v. Faircloth, No. CR-95-72 (E.D.N.C. filed Nov. 16, 2000; entered Nov. 17, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED